In the Matter of the Application of the PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN H. DELANEY, as Transit Construction Commissioner, Appellant, against INTERBOROUGH RAPID TRANSIT COMPANY, Respondent.

*Appeal — unanimous reversal by Appellate Division of order granting mandamus and dismissal of proceeding — appeal therefrom to Court of Appeals dismissed.*

*People ex rel. Delaney v. Interborough R. Tr. Co.,* 192 App. Div. 450, appeal dismissed.

(Argued November 16, 1920; decided November 30, 1920.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 3, 1920, which unanimously reversed an order of Special Term granting a motion for a peremptory writ of mandamus to compel defendant to comply with an order issued by the relator, denied said motion and dismissed the proceeding.

*Louis C. White, Joseph F. Maguire* and *William G. Fullen* for appellant.

*J. C. Edwards, Frederick G. Watson* and *James L. Quackenbush* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, HOGAN, CARDOZO, POUND, CRANE and ANDREWS, JJ.